82,046-01

Date: Aug. 26, 2015

Abel Acosta, Clerk
Court of Criminal Appeals
P.O. Box 12308, Capitol Station
Austin, Texas 78711

RECEIVED IN
COURT OF CRIMINAL APPEALS

SEP 01 2015

Abel Acosta, Clerk

RE: TIMOTHY GISH; CCA No. _____(?)_____,
TRIAL COURT CASE No. 64502

Dear Clerk,

    Would you please inform me of the status of my Writ of Habeas Corpus Application 11.07 that was recieved + filed with CCA on September 2nd, 2014. I do not know the assigned cause number for the above requested, only my trial court cause No. as given above.

    Also, I have provided a SASE for your use. Thank you for your assisstance with this matter as I am looking forward to your prompt reply.

Sincerely,

Jim Gish

Timothy Gish  TDC No. 1760179

Clements Units
9601 Spur 591
Amarillo, Texas 79107-9606